**Exhibit A to the Complaint**

**Location:** Lake Forest, CA  
**Total Works Infringed:** 221

**IP Address:** 68.4.154.71  
**ISP:** Cox Communications

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 03BDBAB1ACA79F441D77CEC21E238F41A94C8553 | 11/07/2019 14:37:36 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 2 | 96B6DF6F07557BF75B692CA02CB795E46D5FE01E | 11/04/2019 16:43:05 | Blacked Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |
| 3 | FEBAF57CA996D5196472E8AF6EB4C1EE529ED0AE | 10/31/2019 05:07:06 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 4 | 0447E2B505651CAFFCE7BBFC8D81784AB2C28B8D | 10/26/2019 05:47:31 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 5 | C3CB9A98D01F7760055787087BB4C1A385CA30FE | 09/30/2019 06:30:37 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 6 | 38C66F6B233C7421C571C0BF72BFB9F34D7CA199 | 09/28/2019 17:31:18 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 7 | 994C1AD3F78A51A989661CCAD3952CD9FE710082 | 09/26/2019 04:59:47 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 8 | EF45BAF33BFB71966641109FFB8A856F0A4C088E | 09/19/2019 02:15:36 | Blacked Raw | 09/14/2019 | 10/01/2019 | PA0002217360 |
| 9 | 2AAA4AEE294003551BAEF4601711AA0C492A9FBD | 09/19/2019 02:13:35 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 10 | AE562DC6C598F65D0E72B777FADE3865AFD9BB09 | 09/11/2019 00:53:39 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 11 | F5E2676409EC7D4E812DA440557182332F253860 | 09/11/2019 00:34:42 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 12 | 7C4368D827B7421170B64D85B400A0946E934094 | 08/29/2019 13:59:46 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 13 | 3372C9F28AAB7E1B05F8AD6279C180F776FEAA35 | 08/29/2019 13:56:37 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 14 | 5FDBEEB4EE337BA07022153E99BCDF6145CB57F4 | 08/24/2019 04:25:01 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 15 | D06487851F707714C08BA33F2EEDA535723D354D | 08/21/2019 06:18:12 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 16 | E57FCB8895D4BBD916A87937BEB53E57468BB9CE | 08/18/2019 19:04:48 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 17 | 336D691C6443B10F18C7C91298189E9B9B0505DD | 08/18/2019 18:51:33 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 3BC1DD11C67277FE2EB481E0023C7FE4FE741B02 | 08/18/2019 18:51:05 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 19 | E81D7E461C349AF9855A120DE2A75B32D2CAF2EB | 08/13/2019 14:19:26 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 20 | D1876B91ECD43BD0C049CD7C5361BACA062B9308 | 08/13/2019 14:18:21 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 21 | F3D34F4C66183E54E474DD8012E2D509EAA8C440 | 08/06/2019 14:15:12 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 22 | 3C42054A5A39D7E3508485093FA4439C0D21418E | 08/03/2019 19:27:59 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 23 | 761BDEA128C02E3E6D242F720FA4C524C80518DC | 08/01/2019 02:25:06 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 24 | 14101F277DF7003D2E633430CE6681156F8188DC | 07/27/2019 03:32:09 | Blacked Raw | 07/26/2019 | 09/10/2019 | PA0002199417 |
| 25 | 2C054F0CC0767235C266172D5A26B7DC4B6C069A | 07/27/2019 03:29:03 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 26 | BFE81E71C08212B0FAA48A4DAE08B54087606581 | 07/24/2019 14:08:33 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |
| 27 | 986B362461B8CD0DD39A895A41218E67D5B3B884 | 07/24/2019 14:07:07 | Blacked | 07/19/2019 | 09/10/2019 | PA0002199415 |
| 28 | BDFCB72F22AF76FCF50AF93090A76CF42CE5D942 | 07/17/2019 03:00:04 | Blacked Raw | 07/16/2019 | 08/02/2019 | PA0002192306 |
| 29 | 5C4A3BC7AC5899B767E52F595E19A19088B4507C | 07/15/2019 14:04:24 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 30 | 0526EA5ABAC4854CC56EB8D277E1BA37E27AE3A8 | 07/12/2019 14:14:33 | Blacked Raw | 07/11/2019 | 09/17/2019 | PA0002216212 |
| 31 | FF0C3F1ED0411F5F9F53D583EBF0F7C4331C4E91 | 07/12/2019 14:12:41 | Blacked | 07/09/2019 | 09/10/2019 | PA0002199416 |
| 32 | 9E596BD09492C1636A032A21631E5A9996313D6B | 07/08/2019 14:24:55 | Blacked Raw | 07/06/2019 | 08/02/2019 | PA0002192304 |
| 33 | 23D0AD06AEDD268744FBB7251611A950CF96EE07 | 07/01/2019 06:05:27 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |
| 34 | 5E236D69697A4C3F3EFA872F48AF72EE4EB3C306 | 07/01/2019 06:03:07 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 35 | FD566995F3728DBE3CB9331DB4DDF9D40A8AB46C | 07/01/2019 06:02:35 | Blacked | 06/28/2019 | 08/27/2019 | PA0002213235 |
| 36 | 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19 | 06/22/2019 16:20:29 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 69E94A48E151352DC24B6903EA1CFE91D15FE83E | 06/22/2019 16:13:00 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |
| 38 | AC15D10D7B49E76250881D4E319E76C49194C563 | 06/22/2019 08:45:34 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 39 | 36FB1055DE2ACA6BC1887D351AB6341853DA0892 | 06/22/2019 08:45:27 | Blacked | 06/19/2019 | 08/27/2019 | PA0002213298 |
| 40 | B1883825703F54E41A2D5268B4A7A29FA993A6ED | 05/25/2019 05:34:53 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 41 | 72D20552EC68FDE350C82E540CCBB6C52AE159D1 | 05/25/2019 05:27:02 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 42 | C67CEBFB35714146396FF2583118CA8B68E56015 | 05/12/2019 01:32:22 | Blacked Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 43 | 42462CE40C5D57E39D232B87E3DBB07B62BA5710 | 05/12/2019 01:31:54 | Blacked | 05/05/2019 | 07/05/2019 | PA0002206372 |
| 44 | F9B92290296A3DF4D4981A2EB881ECBD9591750C | 05/12/2019 01:31:32 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 45 | 3748105F4AFE9AA5B660CA0D1E407FBA1F59990B | 04/29/2019 12:46:27 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 46 | D375F105B52A3AC98CBB404F4E4BF08B2820686C | 04/29/2019 12:40:41 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 47 | 605C9418209F27737FD241EF51A32CBFABAAB038 | 04/29/2019 12:39:08 | Vixen | 03/25/2019 | 04/16/2019 | PA0002187577 |
| 48 | A2DA35983A4DA5B1800890CFD8ABB41D70E38206 | 04/29/2019 12:38:44 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 49 | 357368276B0AC817665C03F98D81B5A2B6E90183 | 04/29/2019 12:37:58 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 50 | 976324666E71A36AD5A57C4A0425611DE9DC22F9 | 04/29/2019 12:35:47 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 51 | 6139AEF3696F83F031C0ED30F17BE4D3EA235E43 | 04/29/2019 12:35:35 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 52 | 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11 | 04/29/2019 12:34:50 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 53 | 24AE3812ECC6B6C2A00EAFCCA42FCAFCE17F3EDC | 04/29/2019 12:34:26 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 54 | 53DD9DA9E0B24B4961098D0683C348309445E260 | 04/29/2019 12:33:18 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 55 | F84DCE97DEB71401BE49198E7C5E446530B70B41 | 04/29/2019 12:32:41 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | E474F829786D99F77071D695C1E640049D946C7C | 04/25/2019 04:20:38 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 57 | AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D | 04/25/2019 04:10:59 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 58 | 72A1E3BF06A14C51D5B94015C5BB3C509B381699 | 04/25/2019 03:53:56 | Blacked | 04/20/2019 | 05/28/2019 | PA0002200782 |
| 59 | 5FA59DD2A87C8333BF37865F57F8DD8429250516 | 04/25/2019 03:52:03 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 60 | 80494AFA4036C921B131676C3D1A61F5DE378231 | 04/25/2019 03:49:13 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 61 | E39547E0E5CD17BF41AD4FD5134CBBAA9EBCDAFF | 04/25/2019 03:49:10 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 62 | EAB3533FB381C799B59AAA64A20DF16CE3C18A18 | 04/25/2019 03:21:14 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 63 | C20D8CE638A46CD39FA65004C565F7F85846691D | 04/25/2019 03:17:52 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 64 | EC6001F0FE00C3B60800E7E0FD75C904DAEF4893 | 04/25/2019 03:17:46 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 65 | 388E7ED27703F4B83AC8FC4EA6512E7B4FBC5AEC | 04/25/2019 03:17:43 | Blacked Raw | 04/07/2019 | 05/28/2019 | PA0002200775 |
| 66 | 7F54BA0D9D039851A32EF2952EE2D918DDF74E75 | 03/25/2019 08:28:08 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 67 | D2B4C2613F8E4D42CDA01E8D2703FBBDE0C97200 | 03/25/2019 08:15:15 | Blacked | 03/21/2019 | 04/17/2019 | PA0002186999 |
| 68 | 91383E068F670EB236C053B4612F4DDBFAD4D27E | 03/09/2019 18:00:51 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |
| 69 | DCBE768B9794A804EED1BD6C3027B1D9C0B8886F | 03/09/2019 17:57:39 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 70 | 89047CEB66EF312B6E73282883F9CF10F8BFA77B | 03/09/2019 17:55:39 | Blacked Raw | 03/03/2019 | 04/17/2019 | PA0002186905 |
| 71 | 6A894BF3E216F8344B43B3F4799B2A8986EAF94A | 03/09/2019 17:53:57 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 72 | 87F8CF6CF74A8301642CDC1C72FBC192A790A9B2 | 03/09/2019 17:53:51 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 73 | A79E1BEA716422681872B46A4AC579C82B92D143 | 03/09/2019 17:53:41 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 74 | 42049603F4A7F341409A9E205F2BC70435A28B68 | 03/09/2019 17:51:49 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 75 | E452D23913E053866E31D6D6F92DE54C310DA003 | 03/09/2019 17:51:21 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 76 | 132E0782A298ADD3C5CDAA3B0AD3072B3E13BB95 | 03/09/2019 17:48:14 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 77 | DAAB1603971461BD3D663620ED1313A2096BA184 | 03/09/2019 17:46:54 | Blacked Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |
| 78 | 498C38E65A191A26E153A7D80BCFBCA20069BDFD | 03/09/2019 17:46:47 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 79 | D4C4F2E93F58EE586FCFBA4A3034783CB97E59AE | 03/09/2019 17:44:59 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 80 | B1C6DF80C9534000B93CFEC57B4B5FD239D30173 | 03/09/2019 17:43:25 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 81 | 6D086E1CC31556A97BE20B50915D796AEF41EEFE | 03/09/2019 17:43:10 | Blacked | 02/19/2019 | 03/24/2019 | PA0002184061 |
| 82 | 92401415234E09F5E207409EF07B67BE7CD68634 | 03/09/2019 17:42:54 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 83 | C8270067D140C917AB39B202C1657BDADD65D294 | 03/07/2019 06:04:38 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 84 | F1E5AE45E3FEA6BA04555D45436C676D9787AB6F | 03/07/2019 06:02:27 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 85 | 20BA907B52248823E3EB7A4D76DEF9CD68410876 | 03/07/2019 06:01:44 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 86 | 245BA267DA376101FB938D4952C9A96634CCF445 | 03/07/2019 05:53:43 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 87 | 10E95AA960403A02807B086D651EBB92DB4BE7C7 | 03/07/2019 05:53:19 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 88 | 91C272F5FF3F2E58D24C946022CB8ACDAFAB46F4 | 03/07/2019 05:51:49 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 89 | DB96A7BA37F3DA55AE4BFC5882FD07052B7F3B8D | 03/07/2019 05:49:57 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 90 | 7C99E492EC61646CED06952C682B68AACFCD7C33 | 03/07/2019 05:49:39 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 91 | F7584EAD8BB810CD75BB8B1AC568E48EE5CC21A0 | 01/09/2019 17:31:15 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |
| 92 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | 01/04/2019 18:58:45 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 93 | ADC64C92996FC4281CE0DF54F712C1DA791775A9 | 12/21/2018 13:31:28 | Blacked | 08/28/2017 | 09/15/2017 | PA0002052848 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 94 | F670712F170031C3BD02EAC6C0D811ABF1C0EA1B | 12/21/2018 12:16:52 | Blacked | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 95 | E46B81E1A71E3AC4E1FF3BC9B79FCF54E0D2AF00 | 12/21/2018 10:07:10 | Blacked | 11/01/2017 | 11/27/2017 | PA00002098034 |
| 96 | 61E47222799DBCF3ABDC038DD772C06128BC4E31 | 12/21/2018 10:02:45 | Blacked | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 97 | E6990CFF6229E49B81BC517342C9EB350EE10FB3 | 12/21/2018 09:26:17 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 98 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | 12/21/2018 09:17:40 | Blacked | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 99 | 214C51BE2305FC9B3F57519D66B2335FCAAB0639 | 12/21/2018 09:08:06 | Blacked | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 100 | CCE778953AEE2A0F0D345FB65E6A351232BB0AC0 | 12/21/2018 05:48:55 | Blacked | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 101 | CC4D89C30BD65D68546BCF62ACE381585BD879EF | 12/21/2018 02:06:38 | Blacked | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 102 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | 12/21/2018 01:33:35 | Blacked | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 103 | 719DFEEFE44D4F5542BD2BCEAA73D7096DD3F340 | 12/21/2018 01:30:44 | Blacked | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 104 | 47BF158F64C12785E111714AF9A6D0C692778D77 | 12/21/2018 01:25:13 | Blacked | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 105 | F0CAA89A838FEE5D4E03211CC0D64FF1EA288C52 | 12/21/2018 01:02:14 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 106 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | 12/21/2018 00:28:54 | Blacked | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 107 | A1D29F25C0C4393FA8C8AB72BE1BAC6C914A0185 | 12/21/2018 00:25:51 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 108 | 597D47FD186A62BB4EB4EA30EEAA11ECBEC96ACB | 12/20/2018 23:23:57 | Blacked | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 109 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | 12/20/2018 22:57:34 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 110 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | 12/20/2018 22:29:47 | Blacked | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 111 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | 12/20/2018 22:17:46 | Blacked | 09/22/2017 | 10/10/2017 | PA0002057455 |
| 112 | AAB885238E88D84E927CD3D08CF841D4019A6CF2 | 12/20/2018 21:58:42 | Blacked | 09/07/2018 | 10/16/2018 | PA0002127772 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 113 | E624078D6EFCDFA76F06EA9E4048E05FF7C600C5 | 12/20/2018 21:50:24 | Blacked | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 114 | A78E6F607ADB14DAD976A0E9AECAA0623AB8BC34 | 12/20/2018 21:45:41 | Blacked | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 115 | 1525672E90493326CE884D0054D9B81C2026954C | 12/20/2018 21:29:28 | Blacked | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 116 | 17132995D1EBE0F2361F9EEB998C6DE850DE46DE | 12/20/2018 21:27:47 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 117 | 3C2ECF682E82D48E081274FA2B9C4A95AD626BAE | 12/20/2018 21:01:50 | Blacked | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 118 | 7ABEF2110AAB24D772A31B91D994EE0E2052E873 | 12/20/2018 20:55:54 | Blacked | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 119 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | 12/20/2018 20:52:01 | Blacked | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 120 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | 12/20/2018 20:44:36 | Blacked | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 121 | 32746C698A142D414674E13A5EC1C7491E5C2055 | 12/20/2018 20:41:24 | Blacked | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 122 | 59E3177605E126975D3EFD1D354C228B7D3751BA | 12/20/2018 20:37:31 | Blacked | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 123 | 9FEF67B7211449EAC37C3C8AB46758A222FD9FA2 | 12/20/2018 20:15:44 | Blacked | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 124 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | 12/20/2018 20:15:18 | Blacked | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 125 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | 12/20/2018 20:08:50 | Blacked | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 126 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | 12/20/2018 20:04:59 | Blacked | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 127 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | 12/20/2018 20:02:44 | Blacked | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 128 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | 12/20/2018 20:02:24 | Blacked | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 129 | 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9 | 12/20/2018 19:59:02 | Blacked | 04/15/2017 | 06/15/2017 | PA0002037563 |
| 130 | C8B2764834D0EA655833CE2084BFA153880993D9 | 12/20/2018 19:58:17 | Blacked | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 131 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | 12/20/2018 19:52:16 | Blacked | 06/04/2017 | 07/07/2017 | PA0002070826 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | D31CBC39E31EA20141EB847E24725F06CFC004AB | 12/20/2018 19:47:24 | Blacked | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 133 | 1487A26EAAAD70318258AB9F506506A8F293533A | 12/20/2018 19:43:36 | Blacked | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 134 | 289FE7D65DFCFACB416832D12862105A2762841A | 12/20/2018 19:40:11 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 135 | 1E67DE039B64675913542CB2412BE54790434246 | 12/20/2018 19:29:27 | Blacked | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 136 | 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC | 12/20/2018 19:26:04 | Blacked | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 137 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | 12/20/2018 19:23:13 | Blacked | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 138 | 7062CE085ADAEB4C8A9C3356920797FC31D15602 | 12/20/2018 19:23:11 | Blacked | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 139 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | 12/20/2018 19:17:06 | Blacked | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 140 | 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4 | 12/20/2018 19:15:07 | Blacked | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 141 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | 12/20/2018 19:14:37 | Blacked | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 142 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | 12/20/2018 19:12:47 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 143 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | 12/20/2018 19:10:00 | Blacked | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 144 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | 12/20/2018 19:07:27 | Blacked | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 145 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | 12/20/2018 19:02:57 | Blacked | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 146 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | 12/20/2018 19:00:55 | Blacked | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 147 | FF2B2FBA75B81F1CF9BEDF65C1291E750F461B19 | 12/20/2018 18:55:41 | Blacked | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 148 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | 12/20/2018 18:55:37 | Blacked | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 149 | 68E57FD36AE4595380C8A97676EBB24733C995E0 | 12/20/2018 18:52:54 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 150 | FB3BE6815044F9B4866DD510C68A6E4544BFB5A5 | 12/20/2018 18:48:52 | Blacked | 03/16/2018 | 04/12/2018 | PA0002091582 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 151 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | 12/20/2018 18:46:34 | Blacked | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 152 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | 12/20/2018 18:42:18 | Blacked | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 153 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | 12/20/2018 18:42:00 | Blacked | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 154 | 6671533EE8277923DF4254534389F8630C5BF901 | 12/20/2018 18:39:04 | Blacked | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 155 | 082C43A6A41C30507682EB32F25A418C5223436D | 12/20/2018 18:35:36 | Blacked | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 156 | DDD2B1604C70AD3DA7C202C04003CF9E281209D4 | 12/20/2018 18:33:38 | Blacked | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 157 | D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA | 12/20/2018 18:33:02 | Blacked | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 158 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | 12/20/2018 18:32:08 | Blacked | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 159 | E10259BB09AFE9410D944641E94048900ADEF0F2 | 12/20/2018 18:30:47 | Blacked | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 160 | 0EBF18AC0E79280489EE94DC96271771D8C0F973 | 12/20/2018 18:30:43 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 161 | 9E757F2B0F0628FA2CF6D14E2592E149523CF8ED | 12/20/2018 15:15:14 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 162 | D33B55F4B260300934470B2571AA379EBBA73038 | 12/17/2018 07:04:52 | Vixen | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 163 | C8D1E5C19A4221AC02A97002AB885906308DAC93 | 12/02/2018 10:51:59 | Blacked Raw | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 164 | 1D4049513062B062CD16BC94DD23B350354A4D2C | 12/02/2018 10:51:39 | Blacked Raw | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 165 | 4CB998506766F8F138B2C5042D4A5355D70B229D | 12/02/2018 10:50:31 | Blacked Raw | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 166 | BF0780F2FFDA83874CCA51107D499AED2E52AD92 | 12/02/2018 10:49:12 | Blacked Raw | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 167 | 161BB5AD3DECC65C1F8877996A179C3FC500E748 | 12/02/2018 10:43:52 | Blacked Raw | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 168 | 3D053805CCD7FD3E623BC505E427299B900CCC27 | 12/02/2018 10:43:26 | Blacked Raw | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 169 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | 12/02/2018 10:42:09 | Blacked Raw | 12/28/2017 | 01/24/2018 | PA0002101763 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 170 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | 12/02/2018 10:41:59 | Blacked Raw | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 171 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | 12/02/2018 10:39:50 | Blacked Raw | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 172 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | 12/02/2018 10:39:04 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 173 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | 12/02/2018 10:38:20 | Blacked Raw | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 174 | 4494BECF6E8B12F5A6A7309B19CD1F5D28E6F481 | 12/02/2018 10:36:32 | Blacked Raw | 02/21/2018 | 03/02/2018 | PA0002104741 |
| 175 | 6471AC811C89A07BC2860B0F2CEB25A256A6B2F9 | 12/02/2018 10:34:40 | Blacked Raw | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 176 | 44F3F16CC60D7AE034BB31F4EE5BF34D9BA6DEE7 | 12/02/2018 10:33:13 | Blacked Raw | 03/13/2018 | 04/17/2018 | PA0002116738 |
| 177 | D50BF8212FE5D98D5F36C1B12E745F493E67C6DE | 12/02/2018 10:31:11 | Blacked Raw | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 178 | 06F79434931C13FC439AF646206E698DBF9E6913 | 12/02/2018 10:31:03 | Blacked Raw | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 179 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | 12/02/2018 10:30:49 | Blacked Raw | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 180 | D004FE4CC187D0709C94955D8BF728C72E039D05 | 12/02/2018 10:28:53 | Blacked Raw | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 181 | BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4 | 12/02/2018 10:28:39 | Blacked Raw | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 182 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | 12/02/2018 10:28:18 | Blacked Raw | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 183 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | 12/02/2018 10:28:14 | Blacked Raw | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 184 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | 12/02/2018 10:26:50 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 185 | D3E111A172F6D43B17E5E5C8EB24008B3C8796DF | 12/02/2018 10:26:43 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 186 | 37169DE42EF502B42C2088D3ECF0802222968CF8 | 12/02/2018 10:26:27 | Blacked Raw | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 187 | 2D1FCBEA35DB18BEF743A054923C27AA58964B62 | 12/02/2018 10:26:13 | Blacked Raw | 09/24/2018 | 11/01/2018 | PA0002143418 |
| 188 | F679391ED7AA38CC22B99756D9BFE6FE26F96FCA | 12/02/2018 10:25:03 | Blacked Raw | 04/27/2018 | 05/24/2018 | PA0002101367 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 189 | AE239D62AECAF3E11B72744CA93C44F09BAECD9C | 12/02/2018 10:24:37 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 190 | 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4 | 12/02/2018 10:24:24 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 191 | A89525172FC31E96791A5091366B3B562DA0B84A | 12/02/2018 10:23:40 | Blacked Raw | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 192 | 34B848F2164ECCC533C071B9A0E3B0F3D05A3518 | 12/02/2018 10:23:23 | Blacked Raw | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 193 | 09E4DD5DED8676D79433C09E76F73797D7C23802 | 12/02/2018 10:23:21 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 194 | 9F1AEDB1A46ED2351C6734A7C20C7CCA52E8D790 | 12/02/2018 10:22:44 | Blacked Raw | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 195 | 8D2EFF22392159795F468C91719C1C252C255924 | 12/02/2018 10:21:44 | Blacked Raw | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 196 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | 12/02/2018 10:21:40 | Blacked Raw | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 197 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | 12/02/2018 10:20:53 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 198 | AA99615AE6C723CB3050DAC4D48D914E6D5CC02F | 12/02/2018 10:19:52 | Blacked Raw | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 199 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | 12/02/2018 10:18:30 | Blacked Raw | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 200 | 36B7266729748819E444F7942B37F3EDD4208849 | 12/02/2018 10:17:41 | Blacked Raw | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 201 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | 12/02/2018 10:17:40 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 202 | 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C | 12/02/2018 10:17:03 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 203 | A5E505EFBC4DBA0B9AFD15CD2DD8D6285BF834B8 | 12/02/2018 10:16:10 | Blacked Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 204 | 623D4B76B7DEFED0C91EDD5FE108D7E986691273 | 12/02/2018 10:16:06 | Blacked Raw | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 205 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | 12/02/2018 10:15:44 | Blacked Raw | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 206 | 83B2F9CA22105C972F55D81AEFE628606713A3F4 | 12/02/2018 10:15:39 | Blacked Raw | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 207 | E12C003246B83B76DC861765D6E9B1BC09E79EA4 | 12/02/2018 10:12:27 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 208 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | 12/02/2018 10:12:06 | Blacked Raw | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 209 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | 12/02/2018 10:11:56 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 210 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | 12/02/2018 10:09:56 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 211 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | 12/02/2018 10:08:47 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 212 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | 12/02/2018 10:08:35 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 213 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | 12/02/2018 10:07:24 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 214 | 2FEF8C6862CCC28341F10FF8FB905E9CB161F500 | 12/02/2018 10:07:22 | Blacked Raw | 11/08/2018 | 12/10/2018 | PA0002145833 |
| 215 | ECEC874C21239A30F35D90C14D825619A4E8486A | 12/02/2018 10:07:06 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 216 | 284E4E396F1F787478E836FEEF797DE00E33D5E4 | 12/02/2018 10:05:03 | Blacked Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 217 | 7B364338CD90FC951B3F536B186EBA30DE4246FC | 12/02/2018 10:04:40 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 218 | 2ADE8763346FFA11FC1395267FDA45ACC89C677C | 12/02/2018 10:03:22 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 219 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | 12/02/2018 10:02:32 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 220 | 716BD92E139BE2039209B3F8C494B7A8356E4774 | 12/02/2018 10:01:48 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 221 | 2A87FFB92A8547AF4A92D43DA2660FB0030683E4 | 12/02/2018 05:22:55 | Vixen | 11/25/2018 | 01/22/2019 | PA0002149840 |